# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES A. HUTCHINS,<br><br>    Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00640-BLF<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO POSTPONE ENE AND TO EXTEND DEADLINE TO COMPLETE ENE; AND SETTING BRIEFING SCHEDULE AND HEARING DATE RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND FILED AUGUST 6, 2015** |

The Court has received Defendants' Administrative Motion to Postpone ENE and to Extend Deadline to Complete ENE, which was filed on August 13, 2015 and served by mail on Plaintiff on the same date. The motion is brought under Civil Local Rule 7-11, which provides that any opposition must be filed no later than four days after the administrative motion is filed. *See* Civ. L.R. 7-11(b). That deadline is extended by three days in this case because Defendants served Plaintiff, who is *pro se*, by mail. *See* Fed. R. Civ. P. 6(d). Plaintiff's time for response to Defendants' administrative motion therefore does not expire until August 20, 2015. Defendants therefore appear to be requesting that this Court relieve them of their obligation to proceed with the scheduled ENE without affording Plaintiff an opportunity to respond to Defendants' request. Defendants' motion also violates this Court's ADR Local Rules, which require that "[r]equests for extension of the deadline for conducting an ENE session must be made no later than 14 days before the session is to be held." ADR L.R. 5-5(a).

Defendants assert that they were unable to file their administrative motion earlier because the motion was triggered by Plaintiff's filing of a motion for leave to amend his complaint. A

1  copy of that motion was emailed to Defendants' counsel on the evening of August 4, 2015, filed
2  with the Court on August 6, 2015, and docketed on August 12, 2015.  The Court is not persuaded
3  that the filing of Plaintiff's motion alters the issues in this case so significantly as to justify the
4  untimely filing of Defendants' administrative motion.  Defendants' administrative motion is
5  DENIED.  The parties are ORDERED to proceed with the ENE on August 18, 2015 as scheduled
6  and to engage in a good faith discussion with the evaluator.

7  Plaintiff's motion for leave to amend is hereby SET FOR HEARING on December 3,
8  2015, at 9:00 a.m.  Any opposition shall be filed on or before August 31, 2015.  Any reply shall be
9  filed on or before September 11, 2015.

**IT IS SO ORDERED.**

Dated:  August 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge