```
 1 │ James A. Hutchins
   │ 1863 Altair Avenue
 2 │ Livermore, CA 94550
   │ (925) 557-8946
 3 │ JAHUTCH@Comcast.net
   │ Pro Se
 4 │
 5 │
 6 │
 7 │              UNITED STATES DISTRICT COURT
   │             NORTHERN DISTRICT OF CALIFORNIA
 8 │                    SAN JOSE DIVISION
 9 │
10 │ JAMES A. HUTCHINS, an individual   )   Case Number: 5:15-cv-00640-BLF
   │                                    )
11 │                                    )
   │                                    )   STIPULATION AND [PROPOSED]
12 │       Plaintiff,                   )   ORDER OF DISMISSAL
   │                                    )
13 │    vs.                             )
   │                                    )
14 │ PORTFOLIO RECOVERY ASSOCIATES,     )
   │ LLC, and MICHAEL HUNT dba HUNT &   )
15 │ HENRIQUES,                         )   Honorable Beth Labson Freeman
   │                                    )   United States District Court Judge
16 │                                    )
   │       Defendants.                  )
17 │                                    )
   │ _____)
18 │
19 │
20 │    IT IS HEREBY STIPULATED by and between plaintiff JAMES A HUTCHINS and
21 │ defendants PORTFOLIO RECOVERY ASSOCIATES, LLC and MICHAEL HUNT dba
22 │ HUNT & HENRIQUES, through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the
23 │ Federal Rules of Civil Procedure, that the above-referenced case should be DISMISSED with
24 │ prejudice. The parties further stipulate that they shall each bear their own Attorney's fees,
25 │ expenses, and costs associated with the aforementioned case.
26 │
27 │    SO STIPULATED
```

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                                             1

Dated: November 11, 2015

_____
James A. Hutchins, Plaintiff
Pro Se

Dated: November 11, 2015

_____
Jeffrey A. Topor (SBN 195545)
Simmonds & Narita LLP
Attorney for Defendants
Portfolio Recovery Associates, LLC,
And Michael Hunt dba Hunt & Henriques

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

Dated this _____ day of November, 2015

_____
The Honorable Beth Labson Freeman
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                                    2

CERIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, and not a party to the within action.

I hereby certify that a copy of the forgoing documents titled:

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

in the case *James A. Hutchins vs. Portfolio Recovery Associates, LLC, and Michael Hunt dba Hunt & Henriques* (5:15-CV-00640-BLF) was mailed to the attorneys of record for Defendants, addressed to:

Jeffrey A. Topor and Sarah Scheinhorn
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816

On November 18, 2015

*Sheila Mellor*
Sheila Mellor